UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | Case No.   06-32230-H4-7 |
| **CRYSTALGRAPHICS, INC.** | Chapter 7 |
| Debtor(s). | **APPLICATION TO PAY FUNDS INTO THE REGISTRY UNDER 11 U.S.C. §347 (a)** |

The undersigned trustee reports:

___   The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

 X __   More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq*).

Dated   1/13/11
/s/ Ronald J. Sommers
Ronald J. Sommers
2800 POST OAK BLVD 61st Floor
Houston TX 77056

**CERTIFICATE OF SERVICE**

I, Ronald J. Sommers, hereby certify that a true and correct copy of this Motion to Pay Funds into the Registry Under 11 U.S.C. § 374 (A) has been delivered via electronic transmission (ECF) to the U. S. Trustee, at 515 Rusk Avenue, Suite 3516, Houston, Texas  77002 via electronic transmission (ECF), on this 13TH day of  January, 2011.

/s / Ronald J. Sommers
Ronald J. Sommers

**EXHIBIT "A"**

Please check one:

____        Small Dividends

 XX         Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| Thompson Supply, Inc.<br>P.O. Box 15604<br>Austin, Tx  78761 | 7 | $ 100.34 |
| GPA<br>1151 W. 40th St.<br>Chicago, IL  60609-2506 | 9 | $32.51 |
| A & A Graphic Supply Co.<br>4530 W. 34th St., Suite J<br>Houston, Tx  77092 | 14 | $1,179.76 |
| Star Office Products<br>3562 West TC Jester<br>Houston, Tx  77018 | 21 | $11.67 |
| Moore Transportation<br>2600 South Loop West # 630<br>Houston, Tx  77054 | 22 | $44.21 |
| **TOTAL:** | | **$ 1,368.49** |